Record No. 15-2580

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

SUSAN VIRGINIA PARKER, et. al.,
                               Plaintiffs – Appellants,

   v.

MICHAEL AUSTIN, et. al.,
                               Defendants – Appellees.

_____

**DEFENDANT-APPELLEES' JOINT OBJECTION IN PART TO
PLAINTIFF-APPELLANTS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL ADDENDA AND ATTACHMENTS TO BRIEFS**

_____

Plaintiff-Appellants filed a motion on March 16, 2017 for leave to file

a Supplemental Addenda and Attachments to the Supplemental Brief on

jurisdiction (Document No. 42) ordered by the Court on February 23, 2017

(Document No. 39).  The Court subsequently ordered Defendant-Appellees

to file a response to this motion by March 27, 2017 (Document No. 43).

Defendant-Appellees Michael Austin, Brittany Utterback, Jennifer Wimer,

Amanda Judd, Michael Austin, Henry & William Evans Home for Children,

Inc., Laura Regan, Mike Powers, Winona Powers, Brent Rudolph, and

Missy Rudolph, by counsel, submit this joint Response to the motion.

Defendant-Appellees object to the attachment of the declaration of Daniel A. Harvill to the Supplemental Brief, but do not object to the attachment of the e-mails and proposed final judgment order. Defendant-Appellees object to the attachment of the affidavit because (1) it is not necessary to support the motion, and (2) the facts are contained in the emails and proposed final judgment order that Plaintiff-Appellants filed with their motion, and these documents speak for themselves.

Respectfully submitted this 27th day of March, 2017:

/s/ James M. Bowling, IV
James M. Bowling, IV, Esq.
Counsel for Appellees Brittany Utterback,
Jennifer Wimer, and Amanda Judd
ST. JOHN, BOWLING, LAWRENCE &
QUAGLIANA, LLP
416 Park Street
Charlottesville, VA 22902
Phone: (434) 296-7138
Facsimile: (434) 296-1301
E-mail: jmb@stlawva.com

/s/ Julia B. Judkins
Julia B. Judkins
Counsel for Appellee Michael Austin
BANCROFT, MCGAVIN, HORVATH &
JUDKINS, PC
3920 University Drive, Suite 400
Fairfax, Virginia 22030
Phone: (703) 385-1000

/s/ Kenneth F. Hardt
Kenneth F. Hardt

Counsel for Appellees Henry & William
Evans, Home for Children, Incorporated,
Laura Regan, Mike Powers, Winona
Powers, Brent Rudolph, and Missy Rudolph
SINNOT, NUCKOLS & LOGAN, PC
13811 Village Mill Drive
Midlothian, Virginia 23114
Phone (804) 893-3861

# CERTIFICATE OF COMPLIANCE

1. This response complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f):

   [ X ] this response contains [170] words.

   [    ] this response uses a monospaced type and contains [*state the number of*] lines of text.

2. This response complies with the typeface and type style requirements because:

   [ X ] this response has been prepared in a proportionally spaced typeface using [*Microsoft Word 2016*] in [*14pt Times New Roman*]; or

   [    ] this response has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated: <u>March 27, 2017</u>                    <u>/s/ James M. Bowling, IV</u>
                                   *Counsel for Appellees Brittany Utterback, Jennifer Wimer, and Amanda Judd*

                                   <u>/s/ Julia B. Judkins</u>
                                   *Counsel for Appellee Michael Austin*

                                   <u>/s/ Kenneth F. Hardt</u>
                                   *Counsel for Appellees Henry & William Evans, Home for Children, Incorporated, Laura Regan, Mike Powers, Winona Powers, Brent Rudolph, and Missy Rudolph*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of March, 2017, I caused this

Response to be filed electronically with the Clerk of the Court using the

CM/ECF System, which will send notice of such filing to the following

registered CM/ECF users:

Daniel A. Harvill, Esq.
Daniel A. Harvill, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone: (703) 485-3111
Facsimile: (571) 287-6795
E-mail: danielaharvillpllc@gmail.com

*Attorney for Plaintiff-Appellant*

James R. Mason, III, Esq.
Home School Legal Defense Association
One Patrick Henry Circle
Purcellville, VA 20132
Phone: (540) 338-5600
Facsimile: (540) 338-1952
E-mail: jim@hslda.org

*Attorney for Plaintiff-Appellant*

/s/ James M. Bowling, IV
*Counsel for Appellees Brittany
Utterback, Jennifer Wimer, and
Amanda Judd*

5